# EXHIBIT 2



Little Wheel LLC
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663

littlewheel.com

## Confidentiality Agreement

Hi,

Welcome to Little Wheel, we're glad you applied to join us!

Before we share full details of the role you applied for, we want to ensure we're aligned on confidentiality. Here at Little Wheel, we're working on innovative projects and ideas, some of which involve new products not yet available to the public.

During your application process and potential employment, you will have access to sensitive information about new products and services that we consider confidential.

We take the protection of our confidential information very seriously and expect you to do the same. We class all information you receive from us before and after signing this document as confidential. By signing this agreement, you acknowledge that you will not use any confidential information you receive from Little Wheel for any purpose other than deciding whether to join us, and if you join us, fulfilling your job role. Additionally, you agree not to disclose this information to anyone outside of Little Wheel.

We also need you to reconfirm your work experience and associations with casino employees. Some of the projects you will be working on involve unreleased products, and we must check for conflicts of interest. Regulatory requirements and conflicts of interest prevent current or previous casino employees and associates from participating in the gig.

Thank you, and we look forward to working with you!

[✓] I confirm I will not disclose any confidential information provided during the application process or completing the gig.

[✓] I confirm that I am not currently, nor have I been within the past 3 years, an employee or associated to an employee of any casino, service provider, or affiliated entity operating within North America or Europe. Associations includes household members, friends, and family members.

| Job Applicant | | Little Wheel LLC | |
|---|---|---|---|
| Signature: | *Vbirsingh* (Verified by signNow 08/14/2025 20:32:22 UTC  4e3702c3bd5544149b62) | Signature: | *Jack Etherington* (Verified by signNow 10/17/2024 09:43:02 UTC  141c1bd6976747c481c9) |
| Date: | | Date: | |
| Full Name: | Vishal Birsingh | Full Name: | Jack Etherington |

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification**<br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | **Give Form to the<br>requester. Do not<br>send to the IRS.** |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
Vishal Birsingh

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

- [x] Individual/sole proprietor or single-member LLC
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

- [ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.
837 Ashworth Ln.

**6** City, state, and ZIP code
Boalsburg, PA, 16827

**7** List account number(s) here (optional)

Requester's name and address (optional)
Ace High Investments LLP
255A Hoxton Street, London, N1 5LG
United Kingdom

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number
☐☐☐ - ☐☐ - ☐☐☐☐

or

Employer identification number
☐☐ - ☐☐☐☐☐☐☐

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ *Vishal Birsingh*    Date ▶ 08/15/2025

Verified by signNow
08/15/2025 14:17:48 UTC
ce57dba8c331444ca514

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X     Form **W-9** (Rev. 10-2018)