E-FILED: Montgomery Circuit Court
Docket: 11/11/2025 4:44 PM; Submission: 11/11/2025 4:44 PM
Envelope: 23777337

# EXHIBIT 5

**From:** Vishal Birsingh <vectorsbrava@gmail.com>
**Sent:** Wednesday, September 24, 2025 9:33 PM
**To:** Vartan, Lee <lvartan@csglaw.com>
**Subject:** Re: Little Wheel Call (Lee will call Vishal at (347) 433-9391)

`* External Message *`

Subject: Final Position on Little Wheel Matter — No Further Discussion Required

Mr. Vartan,

This correspondence serves as formal notice of my final position regarding the fraudulent scheme perpetrated by your client, Little Wheel. After careful consideration of the facts and applicable law, including my consultation with counsel, I conclude that there is no substantive matter warranting further discussion. The purported agreement is void ab initio due to fraudulent inducement, misrepresentation, and illegality under Pennsylvania law, rendering any claims by Little Wheel unenforceable as a matter of public policy.

As a Pennsylvania resident, I was targeted for my eligibility to register Pennsylvania-licensed online casino accounts, which Little Wheel exploited in a proxy betting operation prohibited by the Pennsylvania Gaming Control Act (4 Pa.C.S. § 13A03). Their actions—misrepresenting the engagement as legitimate "testing," concealing the permanent loss of my new player bonuses (valued at $10,000 to $15,000 across 16 accounts), and providing false tax advice (limiting liability to 3% on $2,500 rather than the full taxable winnings under IRC Section 61)—constitute a pattern of deceit and unjust enrichment. The unauthorized access to my Bank of America account, resulting in a $1,215 withdrawal and an attempted $13,000 drain (blocked and refunded), further evidences bank fraud (18 U.S.C. § 1344) and identity theft (18 U.S.C. § 1028).

All accounts and winnings ($31,141 documented, up to $39,000 estimated) are held in my

name, and Little Wheel's $14,215 extraction exceeds their $7,000 investment by $7,215, entitling me to restitution. I demand $31,000 to $36,000 in compensation, encompassing the unauthorized takings, my 10% share, and damages for the lost bonuses.

Should Little Wheel pursue any action, I will initiate comprehensive filings with the Federal Trade Commission, Federal Bureau of Investigation Internet Crime Complaint Center, Pennsylvania Gaming Control Board, New Jersey Division of Gaming Enforcement, Internal Revenue Service, and all 16 involved Pennsylvania casinos, supported by a detailed dossier including bank statements, transaction logs, and evidence of their fictitious New Jersey address. Such disclosures will likely trigger investigations, substantial fines (up to $150,000 per violation under Pennsylvania law), and potential criminal liability under the Racketeer Influenced and Corrupt Organizations Act (RICO) for their organized fraud. Moreover, I will join and support the emerging class action litigation among victims, as evidenced by online forums and social media discussions, which could amplify damages and lead to the dissolution of your client's business operations.

No further communication is necessary unless you confirm acceptance of Option 1: complete cessation of all activities and claims against me. Absent such confirmation by Monday, September 29, 2025, at 5:00 PM EDT, I will proceed with all available remedies. Sincerely,

Vishal Birsingh

On Wed, Sep 24, 2025 at 9:30 PM Vartan, Lee <lvartan@csglaw.com> wrote:

| | |

*Please Note: The information contained in this email message is a PRIVATE communication that may contain confidential attorney-client information. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.*

*Thank you.*

# EXHIBIT 6

| Date | Description | Amount |
|---|---|---|
| 2025-08-26T00:00:00 | Ace High Investm DES:ACH ID: ████ Funding | $ 25.00 |
| 2025-09-02T00:00:00 | Ace High Investm DES:ACH ID: ████ INDN:Vishal Birsingh CO ID:XXXXX57396 PPD PMT INFO:ID | $ -10.00 |
| 2025-09-02T00:00:00 | BETMGM WOF-BOR DES:ViaTrustiy ID:6WGGkB INDN:VISHAL BIRSINGH CO ID:XXXX57396 PPD PMT INFO:ID | $ 1,115.00 |
| 2025-09-02T00:00:00 | Ace High Investm DES:ACH ID: ████ INDN:Vishal Birsingh CO ID:XXXX57396 PPD PMT INFO:ID | $ -10.00 |
| 2025-09-03T00:00:00 | BETMGM WOF-BOR DES:ViaTrustiy ID: ████ INDN:VISHAL BIRSINGH CO ID:XXXX6561I WEB | $ -12.44 |
| 2025-09-04T00:00:00 | CHECKCARD 0903 BURGER KING #2367 https://prod.NJ XXXXX4452XXXXXXXXX4233 | $ -990.00 |
| 2025-09-04T00:00:00 | CHECKCARD 0903 BETMGM BORGATA.WHEEL XXXXX85833 NJ XXXX2952XXXXXXXXX6089 | $ -15.33 |
| 2025-09-04T00:00:00 | CHECKCARD 0903 BURGER KING #2367 https://prod.NJ XXXX4452XXXXXXXXX5222 | $ -100.00 |
| 2025-09-04T00:00:00 | CHECKCARD 0902 PA.BALLYBET.COM PROVIDENCE RI XXXX0052XXXXXXXXX0053 | $ 100.00 |
| 2025-09-09T00:00:00 | INDN:Vishal Birsingh CO ID:XXXX57396 PPD PMT INFO:ID | $ -27.88 |
| 2025-09-11T00:00:00 | CHECK ORDER00494 DES:FEE ID: ████ INDN:VISHAL BIRSINGH CO ID:XXXX00494 PPD PMT INFO: PRODUCT(S): 26.30 S&H:0.00 PA TAX: 1.58 | $ -100.00 |
| 2025-09-11T00:00:00 | CHECKCARD 0908 MONOPOLY CASINO PA PROVIDENCE RI XXXX0052XXXXXXXXX6804 | $ 2,420.00 |
| 2025-09-11T00:00:00 | Ace High Investm DES:ACH ID: ████ INDN:Vishal Birsingh CO ID:XXXX57396 PPD PMT INFO:ID | $ -250.00 |
| 2025-09-12T00:00:00 | CHECKCARD 0912 BETRIVERS PA XXXXX51401 IL XXXX4152XXXXXXXXX6298 | $ -1,000.00 |
| 2025-09-12T00:00:00 | CHECKCARD 0911 FANDUELCASPRIMARY XXXX83015 NJ XXXX2952XXXXXXXXX0201 | $ -10.00 |
| 2025-09-15T00:00:00 | CHECKCARD 0912 PA.BALLYBET.COM PROVIDENCE RI XXXX0052XXXXXXXXX2975 | $ 2,315.85 |
| 2025-09-15T00:00:00 | Ace High Investm DES:ACH ID: ████ INDN:Vishal Birsingh CO ID:XXXX57396 PPD PMT INFO:ID | $ -500.00 |
| 2025-09-16T00:00:00 | CHECKCARD 0915 ESPN BET ??? HWC XXX-XX32121 PA XXXX2352XXXXXXXX1073 | $ -250.00 |
| 2025-09-16T00:00:00 | CHECKCARD 0915 CZR*TROPICANACASINO PA LAS VEGAS NV XXXX0052XXXXXXXXX4727 | $ 1,000.00 |
| 2025-09-16T00:00:00 | Ace High Investm DES:ACH ID: ████ INDN:Vishal Birsingh CO ID:XXXX57396 PPD PMT INFO:ID | $ -1,000.00 |
| 2025-09-17T00:00:00 | CHECKCARD 0916 GNOG*GoldNug XXXXX66744 HOUSTON TX XXXX00052XXXXXXXXX1211 | $ -1,000.00 |
| 2025-09-17T00:00:00 | PURCHASE 0915 BET365 PENNSYLVANIA XXX-XX48200 NJ XXXX9552XXXXXXXXX0269 | $ -500.00 |
| 2025-09-17T00:00:00 | CHECKCARD 0915 LIVE CASINO & HOTEL PH XXX-XX25483 PA XXXX97522XXXXXXX9487 | $ 2,750.00 |
| 2025-09-17T00:00:00 | Golden Nugget 09/17 #XXXXX5576 PMNT RCVD Golden Nugget Cas HOUSTON TX | $ 2,790.00 |
| 2025-09-17T00:00:00 | BET365 PENNSYL 09/17 #XXXXX0180 PMNT RCVD BET365 PENNSYLVAN MARLTON NJ | $ -1,215.00 |
| 2025-09-18T00:00:00 | Ace High Investm DES:ACH ID: ████ INDN:Vishal Birsingh CO ID:XXXX57396 PPD PMT INFO:GAS ID ████ Investment returns | $ -25.00 |
| 2025-09-18T00:00:00 | PURCHASE 0917 FANDUELCASPRIMARY XXXX83015 NJ XXXX2952XXXXXXXX6952 | $ 12.44 |
| 2025-09-18T00:00:00 | Temporary Credit Adjustment on 09/18/25 Card # XXXXXXXXXX590765 Claim # XXXXX510810 | $ 15.33 |
| 2025-09-18T00:00:00 | Temporary Credit Adjustment on 09/18/25 Card # XXXXXXXXXX590765 Claim # xXXX45510810 | $ -100.00 |
| 2025-09-19T00:00:00 | CHECKCARD 0918 StardustCasino.com PA XXX-XX36444 CA XXXX4152XXXXXXX3241 | $ -1,000.00 |
| 2025-09-19T00:00:00 | CHECKCARD 0918 DV*DRAFTKINGSR.U87 XXXX66744 MA XXXX2952XXXXXXXX5604 | $ -400.00 |
| 2025-09-22T00:00:00 | CHECKCARD 0919 WINDCREEK-PA-ONLINE XXX-XX63360 PA XXXX4152XXXXXXXX0977 | $ -125.00 |
| 2025-09-22T00:00:00 | CHECKCARD 0919 LIVE CASINO & HOTEL PH XXX-XX25483 PA XXXX97522XXXXXXX2368 | $ -25.00 |
| 2025-09-22T00:00:00 | PURCHASE 0919 FANDUELCASPRIMARY XXXX83015 NJ XXXX2952XXXXXXXX7465 | $ -1,000.00 |
| 2025-09-22T00:00:00 | CHECKCARD 0919 CAESARS PA XXX-XX40606 NV XXXX9552XXXXXXXXX0257 | $ -10.00 |
| 2025-09-22T00:00:00 | CHECKCARD 0918 MONOPOLY CASINO PA PROVIDENCE RI XXXX0052XXXXXXXXX2160 | $ -1,000.00 |
| 2025-09-23T00:00:00 | CHECKCARD 0922 PNM*Mohegan Sun play.mohegan pDE XXXX2252XXXXXXXX1179 | $ -1,000.00 |
| 2025-09-23T00:00:00 | CHECKCARD 0922 BETMGM ONLINE XXXX61561 NJ XXXX2952XXXXXXXXX4958 | $ -20.00 |
| 2025-09-23T00:00:00 | CHECKCARD 0921 WIND CREEK PLAY + LAS VEGAS NV XXXX0052XXXXXXXXX1399 | $ -1.00 |
| 2025-09-23T00:00:00 | CHECKCARD 0921 WIND CREEK PLAY + LAS VEGAS NV XXXX0052XXXXXXXXX1217 | $ 2,346.00 |
| 2025-09-23T00:00:00 | Caesars PA 09/23 #XXXXX8801 PMNT RCVD Caesars PA LAS VEGAS NV | |

| Date | Description | Amount |
|---|---|---|
| 2025-09-23T00:00:00 | PNM*Mohegan Su 09/23 #XXXXX4773 PMNT RCVD PNM*Mohegan Sun Santa Clara CA | $ 10,000.00 |
| 2025-09-24T00:00:00 | Stop Payment Fee | $ -30.00 |
| 2025-09-24T00:00:00 | PURCHASE 0922 CAESARS PX XXX-XX40606 NV XXXXX9652XXXXXXXXXX1799 | $ -100.00 |
| 2025-09-24T00:00:00 | SIGHTLINE, SUTTON DES:AccountReg ID1:INDN:VISHAL BIRSINGH CO ID:XXXX24591 PPD PMT INFO:ACH Account Registration | $ 0.64 |
| 2025-09-24T00:00:00 | SIGHTLINE, SUTTON DES:AccountReg ID1:INDN:VISHAL BIRSINGH CO ID:XXXX24591 PPD PMT INFO: | $ 0.96 |
| 2025-09-25T00:00:00 | GIANT MARTINS 09/25 #XXXXX9330 PURCHASE GIANT MARTINS #65 STATE COLLEGE PA | $ -87.90 |
| 2025-09-25T00:00:00 | TRANSFER VISHAL BIRSINGH:VISHAL BIRSINGH Confirmation# XXXXX45947 | $ -12,500.00 |
| 2025-09-25T00:00:00 | PNM*Mohegan Su 09/25 #XXXXX7382 PMNT RCVD PNM*Mohegan Sun Santa Clara CA | $ 10,000.00 |
| 2025-09-25T00:00:00 | PNM*Mohegan Su 09/25 #XXXXX7382 PMNT RCVD PNM*Mohegan Sun Santa Clara CA | $ -9.52 |
| 2025-09-26T00:00:00 | CHECKCARD 0925 MCDONALD'S F3784 STATE COLLEGEPA XXXXX3352XXXXXXXXXX8797 | $ 10,000.00 |
| 2025-09-26T00:00:00 | PNM*Mohegan Su 09/26 #XXXXX1069 PMNT RCVD PNM*Mohegan Sun Santa Clara CA | $ -15,000.00 |
| 2025-09-29T00:00:00 | TRANSFER VISHAL BIRSINGH:VISHAL BIRSINGH Confirmation# XXXXX18735 | $ -160.14 |
| 2025-09-29T00:00:00 | WAL-MART #2230 09/28 #XXXXX9000 PURCHASE 373 BENNER PIKE STATE COLLEGE PA | $ -255.00 |
| 2025-09-29T00:00:00 | CHECKCARD 0926 Capital One Card Pymt D XXX-XX5707 0 VA XXXXX4152XXXXXXXXXX6929 | $ -2,119.99 |
| 2025-09-29T00:00:00 | CHECKCARD 0927 DMI* DELL SALES & SERVI 800-624-8897 TX XXXXX9852XXXXXXXXXX3385 | $ -82.51 |
| 2025-09-30T00:00:00 | GIANT MARTINS 09/30 #XXXXX1200 PURCHASE GIANT MARTINS #65 STATE COLLEGE PA | $ -593.25 |
| 2025-10-01T00:00:00 | CHECKCARD 0930 XFINITY MOBILE 888-936-4968 PA XXXXX1652XXXXXXXXXX6731 | $ 300.00 |
| 2025-10-01T00:00:00 | PNM*Mohegan Su 10/01 #XXXXX4421 PMNT RCVD PNM*Mohegan Sun Santa Clara CA | $ -2,201.95 |
| 2025-10-02T00:00:00 | PSN*ASHWORTH WOO DES:RENT ID:XXXXXXXXXX41348 INDN:VISHAL BIRSINGH CO ID:XXXXX76510 WEB | $ 13.13 |
| 2025-10-02T00:00:00 | CHECKCARD 1001 MCDONALD'S F3784 STATE COLLEGEPA XXXXX3352XXXXXXXXXX9626 | $ -28.92 |
| 2025-10-02T00:00:00 | CHECKCARD 1001 Capital One Card Pymt D XXX-XX5707 0 VA XXXXX4152XXXXXXXXXX7162 | $ -9.00 |
| 2025-10-03T00:00:00 | CHECKCARD 1002 MCDONALD'S F3784 STATE COLLEGEPA XXXXX3352XXXXXXXXXX5314 | $ -200.00 |
| 2025-10-03T00:00:00 | CHECKCARD 1002 SP FLEET FEET STORE.FLEETFENC XXXXX3452XXXXXXXXXX0060 | $ -59.99 |
| 2025-10-10T00:00:00 | CHECKCARD 1009 QUANTVPS QUANTVPS.COM IL XXXXX7752XXXXXXXXXX3516 RECURRING | $ -1,950.00 |
| 2025-10-14T00:00:00 | TRANSFER VISHAL BIRSINGH:VISHAL BIRSINGH Confirmation# XXXXX8378B | $ 2,000.00 |
| 2025-10-14T00:00:00 | SIGHTLINE, SUTTON DES:CardtoBank ID: INDN:VISHAL BIRSINGH CO ID:XXXX24591 PPD PMT INFO:From Card To Bank Account | $ 1,476.00 |
| 2025-10-15T00:00:00 | SIGHTLINE, SUTTON DES:CardtoBank ID: INDN:VISHAL BIRSINGH CO ID:XXXX24591 PPD PMT INFO:From Card To Bank Account | $ -701.95 |
| 2025-10-17T00:00:00 | PSN*ASHWORTH WOO DES:RENT ID:XXXXXXXXXX38757 INDN:VISHAL BIRSINGH CO ID:XXXXX76510 WEB | $ -13.66 |
| 2025-10-17T00:00:00 | CHECKCARD 1016 Capital One Card Pymt D XXX-XX5707 0 VA XXXXX4152XXXXXXXXXX1843 | $ -66.94 |
| 2025-10-21T00:00:00 | CHECKCARD XFINITY MOBILE 888-936-4968 ON 10/20 | $ -69.17 |
| 2025-10-20T00:00:00 | CHECKCARD XFINITY MOBILE 888-936-4968 ON 10/20 | $ |
| | | Balance $716.35 |



**CIRCUIT COURT FOR MONTGOMERY COUNTY,
MARYLAND**
50 Maryland Avenue
Rockville, Maryland  20850

**Case Number:**          C-15-CV-25-006191
**Other Reference Number(s):**

ACE HIGH INVESTMENTS, LLP VS. VISHAL BIRSINGH

Date: 11/13/2025

## SCHEDULING ORDER – TRACK 2
## COMPLAINT FILED ON 11/11/2025

THIS ORDER IS YOUR OFFICIAL NOTICE OF CASE DEADLINES AND HEARINGS REQUIRING APPEARANCES.  FAILURE TO APPEAR AT HEARINGS OR COMPLY WITH ALL REQUIREMENTS MAY RESULT IN DISMISSAL, DEFAULT JUDGMENT, EXCLUSION OF WITNESSES AND/OR EXHIBITS, ASSESSMENTS OF COSTS AND EXPENSES, INCLUDING ATTORNEY FEES, OR OTHER SANCTIONS.

| EVENT: [ATTENDANCE REQUIRED AT EVENTS] | DEADLINE: |
|---|---|
| *DEADLINE: PLAINTIFF'S EXPERT DESIGNATION* | 12/31/2025 |
| *DEADLINE: DEFENDANT'S EXPERT DESIGNATION* | 02/19/2026 |
| *DEADLINE: MOTION FOR ALTERNATIVE SERVICE FILED* | March 11, 2026 |
| *DEADLINE: DISCOVERY COMPLETED* | April 02, 2026 |
| *DEADLINE: PRETRIAL STATEMENT DUE* | April 27, 2026 |
| *DEADLINE: DISPOSITIVE MOTIONS FILED* | April 17, 2026 |
| *DEADLINE: ADR DEADLINE* | April 17, 2026 |
| PRETRIAL/STATUS HEARING | August 14, 2026  at |
| ATTENDANCE REQUIRED | 10:30 AM |
| *DEADLINE: PLEADING AMENDMENT TO BE DETERMINED AT PRETRIAL* | |

*DEADLINE: VOIR DIRE, JURY INSTRUCTIONS AND VERDICT SHEET
    DUE 20 DAYS BEFORE TRIAL DATE*

**TRIAL COUNSEL SHALL APPEAR** AT THE STATUS / PRETRIAL HEARING, ACCOMPANIED BY OR WITH TELEPHONE ACCESS TO THE INDIVIDUAL(S) WITH AUTHORITY TO SETTLE THE CASE.  TRIAL COUNSEL SHALL SUBMIT A WRITTEN PRETRIAL STATEMENT THAT 1) DESCRIBES THE NATURE OF THE CASE; 2) SETS FORTH CLAIMS AND/OR DEFENSES; 3) DETAILS STIPULATIONS; AND 4) IDENTIFIES WITNESSES AND EXHIBITS.  MOTIONS FILED IN TRACK 2 ACTIONS SHALL NOT EXCEED 15 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION / REPLY MOTIONS SHALL NOT EXCEED 10 PAGES WITHOUT LEAVE OF THE COURT.

THE TRIAL DATE SHALL BE SET AT THE STATUS / PRETRIAL HEARING BETWEEN THE DATES NOTED BELOW.  COUNSEL ARE ENCOURAGED TO CLEAR DATES WITH ONE ANOTHER AND THE ASSIGNMENT OFFICE PRIOR TO THE CASE BEING CALLED.

**Trial Date Between:**     June 01, 2026                    and   August 10, 2026.

**ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED IN ADVANCE OF THE DEADLINES OR HEARING DATES SOUGHT TO BE MODIFIED, PROVIDING GOOD CAUSE TO JUSTIFY ANY MODIFICATION THEREOF.**

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

11/13/2025
Date

Administrative Judge

* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

CC:    Ace High Investments, Llp

Vishal Birsingh

Henry Ader Andrews



**CIRCUIT COURT FOR MONTGOMERY COUNTY,**
**MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** VISHAL BIRSINGH
837 ASHWORTH LANE
BOALSBURG, PA 16827

| | |
|---|---|
| **Case Number:** | **C-15-CV-25-006191** |
| **Other Reference Number(s):** | |

ACE HIGH INVESTMENTS, LLP VS. VISHAL BIRSINGH

Issue Date: 11/13/2025

Expiration Date: 01/12/2026

## WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Ace High Investments, LLP
255a Hoxton Street
London, United Kingdom N1 5LG
United Kingdom

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

*Karen A Bushell*
Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1. This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the moving party must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

5.  Service of the Summons CANNOT be made by the moving party.

# RETURN

☐ Served _____ on _____ at _____
                    Whom                        Date                    City/State/Country

☐ Summons and  ☐ Show Cause Order and  ☐ Complaint/Petition/Motion Served

☐ Unserved _____  _____
                    Date                                          Reason


_____  ☐ Sheriff
Signature

IN THE CIRCUIT COURT FOR_____
<span style="font-size:small">City/County</span>

## CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a). *Defendant:* You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ❑ PLAINTIFF ❑ DEFENDANT          CASE NUMBER_____
<span style="font-size:small">(Clerk to insert)</span>

**CASE NAME:**_____ vs. _____
<span style="font-size:small">Plaintiff</span>          <span style="font-size:small">Defendant</span>

**PARTY'S NAME:**_____ PHONE:_____

**PARTY'S ADDRESS:**_____

**PARTY'S E-MAIL:**_____

**If represented by an attorney:**

**PARTY'S ATTORNEY'S NAME:**_____ PHONE:_____

**PARTY'S ATTORNEY'S ADDRESS:**_____

**PARTY'S ATTORNEY'S E-MAIL:**_____

**JURY DEMAND?** ❑ Yes ❑ No

**RELATED CASE PENDING?** ❑ Yes ❑ No If yes, Case #(s), if known:_____

**ANTICIPATED LENGTH OF TRIAL?:**_____hours_____days

### PLEADING TYPE

**New Case:** ❑ Original ❑ Administrative Appeal ❑ Appeal
**Existing Case:** ❑ Post-Judgment ❑ Amendment
*If filing in an existing case,* skip Case Category/Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ❑ Asbestos
- ❑ Assault and Battery
- ❑ Business and Commercial
- ❑ Conspiracy
- ❑ Conversion
- ❑ Defamation
- ❑ False Arrest/Imprisonment
- ❑ Fraud
- ❑ Lead Paint – DOB of Youngest Plt:_____
- ❑ Loss of Consortium
- ❑ Malicious Prosecution
- ❑ Malpractice-Medical
- ❑ Malpractice-Professional
- ❑ Misrepresentation
- ❑ Motor Tort
- ❑ Negligence
- ❑ Nuisance
- ❑ Premises Liability
- ❑ Product Liability
- ❑ Specific Performance
- ❑ Toxic Tort
- ❑ Trespass
- ❑ Wrongful Death

**CONTRACT**
- ❑ Asbestos
- ❑ Breach
- ❑ Business and Commercial
- ❑ Confessed Judgment (Cont'd)
- ❑ Construction
- ❑ Debt
- ❑ Fraud

- ❑ Government
- ❑ Insurance
- ❑ Product Liability

**PROPERTY**
- ❑ Adverse Possession
- ❑ Breach of Lease
- ❑ Detinue
- ❑ Distress/Distrain
- ❑ Ejectment
- ❑ Forcible Entry/Detainer
- ❑ Foreclosure
  - ❑ Commercial
  - ❑ Residential
  - ❑ Currency or Vehicle
  - ❑ Deed of Trust
  - ❑ Land Installments
  - ❑ Lien
  - ❑ Mortgage
  - ❑ Right of Redemption
  - ❑ Statement Condo
- ❑ Forfeiture of Property/ Personal Item
- ❑ Fraudulent Conveyance
- ❑ Landlord-Tenant
- ❑ Lis Pendens
- ❑ Mechanic's Lien
- ❑ Ownership
- ❑ Partition/Sale in Lieu
- ❑ Quiet Title
- ❑ Rent Escrow
- ❑ Return of Seized Property
- ❑ Right of Redemption
- ❑ Tenant Holding Over

**PUBLIC LAW**
- ❑ Attorney Grievance
- ❑ Bond Forfeiture Remission
- ❑ Civil Rights
- ❑ County/Mncpl Code/Ord
- ❑ Election Law
- ❑ Eminent Domain/Condemn.
- ❑ Environment
- ❑ Error Coram Nobis
- ❑ Habeas Corpus
- ❑ Mandamus
- ❑ Prisoner Rights
- ❑ Public Info. Act Records
- ❑ Quarantine/Isolation
- ❑ Writ of Certiorari

**EMPLOYMENT**
- ❑ ADA
- ❑ Conspiracy
- ❑ EBO/HR
- ❑ FLSA
- ❑ FMLA
- ❑ Worker's Compensation
- ❑ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ❑ Assumption of Jurisdiction
- ❑ Authorized Sale
- ❑ Attorney Appointment
- ❑ Body Attachment Issuance
- ❑ Commission Issuance

- ❑ Constructive Trust
- ❑ Contempt
- ❑ Deposition Notice
- ❑ Dist Ct Mtn Appeal
- ❑ Financial
- ❑ Grand Jury/Petit Jury
- ❑ Miscellaneous
- ❑ Perpetuate Testimony/Evidence
- ❑ Prod. of Documents Req.
- ❑ Receivership
- ❑ Sentence Transfer
- ❑ Set Aside Deed
- ❑ Special Adm. - Atty
- ❑ Subpoena Issue/Quash
- ❑ Trust Established
- ❑ Trustee Substitution/Removal
- ❑ Witness Appearance-Compel

**PEACE ORDER**
- ❑ Peace Order

**EQUITY**
- ❑ Declaratory Judgment
- ❑ Equitable Relief
- ❑ Injunctive Relief
- ❑ Mandamus

**OTHER**
- ❑ Accounting
- ❑ Friendly Suit
- ❑ Grantor in Possession
- ❑ Maryland Insurance Administration
- ❑ Miscellaneous
- ❑ Specific Transaction
- ❑ Structured Settlements

CC-DCM-002 (Rev. 09/2025)

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☐ Court Costs/Fees
- ☐ Damages-Compensatory
- ☐ Damages-Punitive

- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Financial Exploitation
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory

- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order

- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.    ☐ Liability is not conceded, but is not seriously in dispute.    ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000    ☐ $10,000 - $30,000    ☐ $30,000 - $100,000    ☐ Over $100,000

☐ Medical Bills $_____    ☐ Wage Loss $_____    ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation    ☐ Yes ☐ No         C. Settlement Conference    ☐ Yes ☐ No
B. Arbitration    ☐ Yes ☐ No        D. Neutral Evaluation    ☐ Yes ☐ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*

### (Case will be tracked accordingly)

☐ 1/2 day of trial or less         ☐ 3 days of trial time
☐ 1 day of trial time              ☐ More than 3 days of trial time
☐ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of         ☐ **Standard** - Trial within 18 months of
Defendant's response                                Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

_____
Date

_____
Street Address

_____
City    State    Zip Code

_____
Signature of Attorney/Party    Attorney Number

_____
Printed Name

_____
E-mail

E-FILED; Montgomery Circuit Court
Docket: 11/11/2025 4:44 PM; Submission: 11/11/2025 4:44 PM
Envelope: 23737837

IN THE CIRCUIT COURT FOR <u>Montgomery County (CC)</u>
City/County

## CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a). *Defendant:* You must file an Information Report as required by Rule 2-323(h).
***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT        CASE NUMBER_____
(Clerk to insert)

**CASE NAME:** <u>Ace High Investments, LLC</u>        vs.   <u>Virshal Birsingh</u>
    Plaintiff                                               Defendant

**PARTY'S NAME:** <u>Ace High Investments, LLC</u>        PHONE:_____

**PARTY'S ADDRESS:** <u>255a Hoxton Street</u>

**PARTY'S E-MAIL:** <u>London, United Kingdom, N1 5LG</u>

**If represented by an attorney:**

**PARTY'S ATTORNEY'S NAME:** <u>Henry A. Andrews</u>        PHONE: <u>410-752-6030</u>

**PARTY'S ATTORNEY'S ADDRESS:** <u>750 E. Pratt Street, Suite 1100, Baltimore, MD 21202</u>

**PARTY'S ATTORNEY'S E-MAIL:** <u>handrews@kg-law.com</u>

**JURY DEMAND?** ☐ Yes ☒ No

**RELATED CASE PENDING?** ☐ Yes ☒ No If yes, Case #(s), if known:_____

**ANTICIPATED LENGTH OF TRIAL?:**_____ hours <u>1</u> days

### PLEADING TYPE

**New Case:** ☒ Original ☐ Administrative Appeal ☐ Appeal
**Existing Case:** ☐ Post-Judgment ☐ Amendment
*If filing in an existing case, skip Case Category/Subcategory section – go to Relief section.*

**IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)**

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint – DOB of Youngest Plt:
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☒ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property/ Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Worker's Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 09/2025)        Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☒ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☒ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.    ☐ Liability is not conceded, but is not seriously in dispute.    ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000    ☐ $10,000 - $30,000    ☒ $30,000 - $100,000    ☐ Over $100,000

☐ Medical Bills $_____    ☐ Wage Loss $_____    ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation    ☒ Yes ☐ No         C. Settlement Conference    ☒ Yes ☐ No
B. Arbitration    ☐ Yes ☒ No        D. Neutral Evaluation    ☐ Yes ☒ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*
### (Case will be tracked accordingly)

☐ 1/2 day of trial or less    ☐ 3 days of trial time
☒ 1 day of trial time    ☐ More than 3 days of trial time
☐ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of    ☐ **Standard** - Trial within 18 months of
Defendant's response    Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE
## MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under
Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

❑ **Expedited** - Trial within 7 months of        ❑ **Standard** - Trial within 18 months of
      Defendant's response                 Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY,
PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ❑ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ❑ Civil-Short | Trial 210 days from first answer. |
| ❑ Civil-Standard | Trial 360 days from first answer. |
| ❑ Custom | Scheduling order entered by individual judge. |
| ❑ Asbestos | Special scheduling order. |
| ❑ Lead Paint | Fill in: Birth Date of youngest plaintiff _____. |
| ❑ Tax Sale Foreclosures | Special scheduling order. |
| ❑ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ❑ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ❑ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ❑ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000; expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ❑ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

11/11/2025
_____
        Date

750 E. Pratt Street, Suit 1100
_____
        Street Address

Baltimore      Md     21202
_____
  City      State    Zip Code

/s/ Henry A. Andrews     1512150016
_____
Signature of Attorney/Party    Attorney Number

Henry A. Andrews
_____
        Printed Name

handrews@kg-law.com
_____
        E-mail