# EXHIBIT C

## Authorization for return of Staking Sum via ACH (ACH Debit)

I authorize Ace High Investments LLP ("The Company") to electronically debit my Betting Bank Account ("Account") at the depository financial institution named below ("Depository").

| | |
|---|---|
| Depository Name: | Bank of America |
| Account Type: | Checking |
| Account Number: | ▓▓▓▓0878 |
| Routing Number: | ▓▓▓▓9593 |

Method of determining debit amounts: Excess funds above those required to fulfil the Backing Agreement, as calculated by the Gambling Accounting System. Not to exceed the current balance of the Account.

Frequency of debits: Excess Funds calculated daily. Expected frequency once per week until completion of your Backing Agreement.

I understand that this authorization will remain in full force and effect until the earlier of:

1. I notify The Company via Slack message or email to support@littlewheel.com that I wish to revoke this authorization
2. My Backing Agreement is completed

I understand that The Company requires at least 7 days' notice to cancel this authorization.

| | |
|---|---|
| Name: | Vishal Birsingh |
| GAS Username: | vectorsbrava@gmail.com |
| Date: | 08/19/2025 |
| Signature: | *Vishal Birsingh* |

Verified by signNow
08/19/2025 ▓▓▓ UTC
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓