# EXHIBIT D

# BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

VISHAL BIRSINGH
~~■■■■■■■■~~
BOALSBURG, PA 16827-1691

**Customer service information**

☐ Customer service: 1.800.432.1000

En Español: 1.800.688.6086

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your combined statement

for August 18, 2025 to August 21, 2025

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Plus Banking | ~~■■■■~~ 0878 | $0.00 | Page 3 |
| Bank of America Advantage Savings | ~~■■■■~~ 0881 | $0.00 | Page 5 |
| **Total balance** | | **$0.00** | |



## Take your security to the next level

Check your security meter level and watch it rise as you take
action to help protect against fraud. See it in the Mobile Banking app
and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for
business purposes. Mobile Banking requires that you download the Mobile Banking app and
may not be available for select mobile devices. Message and data rates may apply.



SSM-01-25-2480B | 7528683



VISHAL BIRSINGH  |  Account # ●●●●●0878  |  August 18, 2025 to August 21, 2025

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

-   Tell us your name and account number.
-   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
-   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

Bank of America, N.A. Member FDIC and     Equal Housing Lender

## BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

VISHAL BIRSINGH
~~—————————~~
BOALSBURG, PA 16827-1691

**Customer service information**

☎ Customer service: 1.800.432.1000

En Español: 1.800.688.6086

🖳 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your combined statement

for August 18, 2025 to August 21, 2025

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Plus Banking | ██████ 0878 | $0.00 | Page 3 |
| Bank of America Advantage Savings | ██████ 0881 | $0.00 | Page 5 |
| **Total balance** | | **$0.00** | |



## Take your security to the next level

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply.





VISHAL BIRSINGH  |  Account # ■■■■■■■■0878  |  August 18, 2025 to August 21, 2025

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

Bank of America, N.A. Member FDIC and 🏠 Equal Housing Lender

 **BANK OF AMERICA**

Account number: 0878

# Your Adv Plus Banking

**VISHAL BIRSINGH**

## Account summary

| | |
|---|---|
| Beginning balance on August 18, 2025 | $0.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on August 21, 2025** | **$0.00** |

Braille and Large Print Request – You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

*Better Money Habits®*

## What are your financial goals?

Better Money Habits® helps you make sense of your money and take charge of your financial life. You have the power to pursue your savings, credit and general money goals with education, tools - and confidence.

**Scan this code to get started today at BetterMoneyHabits.com.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Bank of America, N.A., Member FDIC. Equal Housing Lender ©2025 Bank of America Corporation. Terms and conditions apply. This is not a commitment to lend. Programs, rates, terms and conditions are subject to change without notice.



SSM-12-24-0010-B | 7519858

VISHAL BIRSINGH  |  Account ⬛⬛⬛⬛878  |  August 18, 2025 to August 21, 2025

This page intentionally left blank

 **BANK OF AMERICA**

Account number  0881

## Your Bank of America Advantage Savings

**VISHAL BIRSINGH**

## Account summary

| | |
|---|---|
| Beginning balance on August 18, 2025 | $0.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Service fees | -0.00 |
| **Ending balance on August 21, 2025** | **$0.00** |

VISHAL BIRSINGH | Account ▓▓▓▓▓0878 | August 18, 2025 to August 21, 2025

This page intentionally left blank



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

VISHAL BIRSINGH

BOALSBURG, PA 16827-1691

**Customer service information**

🔲 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your combined statement

for August 22, 2025 to September 22, 2025

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Plus Banking | 0878 | $2,867.77 | Page 3 |
| Bank of America Advantage Savings | 0881 | $0.00 | Page 7 |
| **Total balance** | | **$2,867.77** | |

---

Available in English and Spanish
**Send wire transfers in the Mobile Banking app**
Use our app or Online Banking to send domestic wires or international wires in 140+ currencies
to over 200 countries.
**Scan the code or visit bofa.com/wiretransfers.**
When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.
Fees or other costs may apply to wire transfers. See the Online Banking Service Agreement at bankofamerica.com.
Data connection required. Carrier fees may apply.



SSM-12-24-0270.C | 7457437

VISHAL BIRSINGH  |  Account ████████ 0878  |  August 22, 2025 to September 22, 2025

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

Bank of America, N.A. Member FDIC and   Equal Housing Lender

**BANK OF AMERICA** 

Account number: ⬛⬛⬛⬛⬛0878

## Your Adv Plus Banking

**VISHAL BIRSINGH**

## Account summary

| | |
|---|---:|
| Beginning balance on August 22, 2025 | $0.00 |
| Deposits and other additions | 12,543.42 |
| Withdrawals and other subtractions | -9,647.77 |
| Checks | -0.00 |
| Service fees | -27.88 |
| **Ending balance on September 22, 2025** | **$2,867.77** |

## Deposits and other additions

| Date | Description | | Amount |
|---|---|---|---:|
| 08/26/25 | Ace High Investm DES:ACH      ID:755760  INDN:Vishal Birsingh      CO ID:1981657396 PPD<br>PMT INFO:ID 755760, Funding | | 25.00 |
| 09/02/25 | Ace High Investm DES:ACH      ID:759661  INDN:Vishal Birsingh      CO ID:1981657396 PPD<br>PMT INFO:ID 759661, Investment funds | | 1,115.00 |
| 09/09/25 | Ace High Investm DES:ACH      ID:763660  INDN:Vishal Birsingh      CO ID:1981657396 PPD<br>PMT INFO:ID 763660, Investment funds | | 100.00 |
| 09/11/25 | Ace High Investm DES:ACH      ID:764230  INDN:Vishal Birsingh      CO ID:1981657396 PPD<br>PMT INFO:ID 764230, Investment funds | | 2,420.00 |
| 09/15/25 | Ace High Investm DES:ACH      ID:765092  INDN:Vishal Birsingh      CO ID:1981657396 PPD<br>PMT INFO:ID 765092, Investment funds | | 2,315.65 |
| 09/16/25 | Ace High Investm DES:ACH      ID:766505  INDN:Vishal Birsingh      CO ID:1981657396 PPD<br>PMT INFO:ID 766505, Investment funds | | 1,000.00 |
| 09/17/25 | BET365 PENNSYL  09/17 #000860180 PMNT RCVD BET365 PENNSYLVAN  MARLTON      NJ | | 2,790.00 |

continued on the next page

---

### Statements in Spanish? We can do that for you!
Call 800.432.1000 or visit your nearest financial center.

Exclusions apply. Not available for Commercial, Merrill, Private Bank and Small Business accounts.

SSM-09-24-0578.C | 70.2758

---

VISHAL BIRSINGH  |  Account # ████ 0878  |  August 22, 2025 to September 22, 2025

## Deposits and other additions - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 09/17/25 | Golden Nugget  09/17 #000735576 PMNT RCVD Golden Nugget Cas  HOUSTON        TX | 2,750.00 |
| 09/18/25 | Temporary Credit Adjustment on 09/18/25 | 15.33 |
| 09/18/25 | Temporary Credit Adjustment on 09/18/25 | 12.44 |
| **Total deposits and other additions** | | **$12,543.42** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|------|-------------|-------:|
| 09/02/25 | BETMGM WOF-BOR  DES:ViaTrustly ID:6WGGK8  INDN:VISHAL BIRSINGH        CO ID:XXXXXXXXXJ  WEB | -10.00 |
| 09/03/25 | BETMGM WOF-BOR  DES:ViaTrustly ID:6WV7N0  INDN:VISHAL BIRSINGH        CO ID:XXXXXXXXXJ  WEB | -10.00 |
| 09/04/25 | CHECKCARD  0902 PA.BALLYBET.COM PROVIDENCE   RI 24445005246500473842636 | -100.00 |
| 09/04/25 | CHECKCARD  0903 BURGER KING #2367 https://prod.NJ 2494144524605949700522 | -15.33 |
| 09/04/25 | CHECKCARD  0903 BETMGM BORGATA.WHEEL 8774485833   NJ 24036295246712257826089 | -990.00 |
| 09/04/25 | CHECKCARD  0903 BURGER KING #2367 https://prod.NJ 24941445246059552024233 | -12.44 |
| 09/11/25 | CHECKCARD  0909 MONOPOLY CASINO PA PROVIDENCE   RI 24445005253500467306804 | -100.00 |
| 09/12/25 | CHECKCARD  0911 FANDUELCASPRIMARY 9717083015   NJ 24036295254718460120201 | -1,000.00 |
| 09/12/25 | CHECKCARD  0912 BETRIVERS PA 8555851401   IL 24116415255718461836298 | -250.00 |
| 09/15/25 | CHECKCARD  0912 PA.BALLYBET.COM PROVIDENCE   RI 24445005256000807622975 | -10.00 |
| 09/16/25 | CHECKCARD  0915 CZR*TROPICANACASINO PA LAS VEGAS    NV 24445005259000803604727 | -250.00 |
| 09/16/25 | CHECKCARD  0915 ESPN BET ??? HWC 844-9532121   PA 24466235258900015021073 | -500.00 |
| 09/17/25 | CHECKCARD  0915 LIVE CASINO & HOTEL PH 833-4725483   PA 24000975259432900009487 | -500.00 |
| 09/17/25 | PURCHASE  0915 BET365 PENNSYLVANIA 833-7548200  NJ | -1,000.00 |
| 09/17/25 | CHECKCARD  0916 GNOG*GoldNug 6179866744 HOUSTON        TX 24445005260000795661211 | -1,000.00 |
| 09/18/25 | PURCHASE  0917 FANDUELCASPRIMARY 9717083015  NJ | -25.00 |
| 09/18/25 | Ace High Investm DES:ACH        ID:767769  INDN:Vishal Birsingh        CO ID:1981657396 PPD  PMT INFO:GAS ID 767769, Investment returns | -1,215.00 |
| 09/19/25 | CHECKCARD  0918 DK*DRAFTKINGSRU87 6179866744   MA 24036295261744487935604 | -1,000.00 |
| 09/19/25 | CHECKCARD  0918 StardustCasino.com PA 855-2436444  CA 24906415261238892663241 | -100.00 |
| 09/22/25 | CHECKCARD  0918 MONOPOLY CASINO PA PROVIDENCE   RI 24445005262500519592160 | -10.00 |
| 09/22/25 | CHECKCARD  0919 CAESARS PA 855-4740606  NV 24414955264900011200257 | -1,000.00 |
| 09/22/25 | PURCHASE  0919 FANDUELCASPRIMARY 9717083015  NJ | -25.00 |
| 09/22/25 | CHECKCARD  0919 LIVE CASINO & HOTEL PH 833-4725483   PA 24000975264455908052368 | -125.00 |
| 09/22/25 | CHECKCARD  0919 WINDCREEK-PA-ONLINE 866-9463360  PA 24906415262238983950977 | -400.00 |
| **Total withdrawals and other subtractions** | | **-$9,647.77** |

# BANK OF AMERICA 

VISHAL BIRSINGH  |  Account #        0878  |  August 22, 2025 to September 22, 2025

## Service fees

| Date | Transaction description | | Amount |
|------|-------------------------|---|--------|
| 09/11/25 | CHECK ORDER00494 DES:FEE  ID:2E808099  PMT INFO: PRODUCT(S): 26.30   S&H: 0.00    PA TAX: 1.58 | | -27.88 |

**Total service fees**     **-$27.88**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request – You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

VISHAL BIRSINGH  |  Account #     0878  |  August 22, 2025 to September 22, 2025

This page intentionally left blank

 **BANK OF AMERICA**

Account number: 0881

# Your Bank of America Advantage Savings

**VISHAL BIRSINGH**

## Account summary

| | |
|---|---:|
| Beginning balance on August 22, 2025 | $0.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Service fees | -0.00 |
| **Ending balance on September 22, 2025** | **$0.00** |

VISHAL BIRSINGH  |  Account          0878  |  August 22, 2025 to September 22, 2025

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**We will automatically waive the monthly maintenance fee on your Bank of America Advantage Plus Banking® account if there is an owner under the age of 25.**

Starting with statements that cycle on or after November 14, 2025, as long as there is an owner on your account that is under the age of 25 on November 14, 2025, the monthly fee will be waived until they turn 25.

To have the monthly fee waived as part of this benefit, an account owner must be under the age of 25 on November 14, 2025. Additionally, this benefit does not apply when owners under 25 are added after this date.

---

**Soon, we will automatically waive the monthly maintenance fee on select additional consumer checking or savings accounts when you also own a Bank of America Advantage Relationship Banking® account!**

We are enhancing one of the services that comes with Advantage Relationship accounts — here is how this can benefit you:

Starting November 21, 2025, if you are an owner of an Advantage Relationship account, we will automatically waive the monthly fee on select additional consumer checking and savings accounts you own. This excludes additional Advantage Relationship and fiduciary accounts, like trust and estate accounts. Keep in mind, this means any additional Advantage Relationship accounts you own will not have the monthly fee waived as part of this benefit since it is not an eligible account type.

There is nothing you need to do. We will waive the monthly fee automatically on eligible accounts — asking us to link your accounts is no longer needed.

You can find more information about our accounts at bankofamerica.com or in our Personal Schedule of Fees at bankofamerica.com/fees. If you have any questions, please visit us, or call the number on this statement.

---

VISHAL BIRSINGH   |   Account ▓▓▓▓0878   |   August 22, 2025 to September 22, 2025

This page intentionally left blank


**BANK OF AMERICA**

P.O. Box 15284
Wilmington. DE 19850

VISHAL BIRSINGH
~~████████████~~
BOALSBURG, PA 16827-1691

**Customer service information**

📞 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

🔔 | Please see the **Important Messages – Please Read** section of your statement for important details that could impact you.

# Your combined statement

for September 23, 2025 to October 23, 2025

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Plus Banking | ●●●●●●0878 | $690.65 | Page 3 |
| Bank of America Advantage Savings | ●●●●0881 | $0.00 | Page 7 |
| **Total balance** | | **$690.65** | |

---



Better Money Habits®

## What are your financial goals?

Better Money Habits® helps you make sense of your money and take charge of your financial life.
You have the power to pursue your savings, credit and general money goals with education,
tools – and confidence.

**Scan this code to get started today at BetterMoneyHabits.com.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Bank of America, N.A., Member FDIC. Equal Housing Lender ©2025 Bank of America Corporation. Terms and conditions
apply. This is not a commitment to lend. Programs, rates, terms and conditions are subject to change without notice.

SSM-12-24-0010.B | 7516858

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: in case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

Bank of America, N.A. Member FDIC and     Equal Housing Lender

 **BANK OF AMERICA**

Account number:  0878

## Your Adv Plus Banking

VISHAL BIRSINGH

## Account summary

| | |
|---|---|
| Beginning balance on September 23, 2025 | $2,867.77 |
| Deposits and other additions | 36,123.60 |
| Withdrawals and other subtractions | -38,270.72 |
| Checks | -0.00 |
| Service fees | -30.00 |
| **Ending balance on October 23, 2025** | **$690.65** |

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 09/23/25 | PNM*Mohegan Su 09/23 #000564773 PMNT RCVD PNM*Mohegan Sun  Santa Clara  CA | 10,000.00 |
| 09/23/25 | Caesars PA  09/23 #000888801 PMNT RCVD Caesars PA  LAS VEGAS  NV | 2,346.00 |
| 09/24/25 | SIGHTLINE_SUTTON DES:AccountReg ID:  INDN:VISHAL BIRSINGH  CO ID:5222524591 PPD PMT INFO: | 0.96 |
| 09/24/25 | SIGHTLINE_SUTTON DES:AccountReg ID:  INDN:VISHAL BIRSINGH  CO ID:5222524591 PPD PMT INFO:ACH Account Registration | 0.64 |
| 09/25/25 | PNM*Mohegan Su 09/25 #000667382 PMNT RCVD PNM*Mohegan Sun  Santa Clara  CA | 10,000.00 |
| 09/26/25 | PNM*Mohegan Su 09/26 #000841069 PMNT RCVD PNM*Mohegan Sun  Santa Clara  CA | 10,000.00 |
| 10/01/25 | PNM*Mohegan Su 10/01 #000544421 PMNT RCVD PNM*Mohegan Sun  Santa Clara  CA | 300.00 |

continued on the next page

A STORY 250 YEARS IN THE MAKING

# THE AMERICAN REVOLUTION

A FILM BY KEN BURNS, SARAH BOTSTEIN & DAVID SCHMIDT

See The American Revolution through the lens of Ken Burns in this exploration
of the people, events and imagination that became a nation.

**Only on PBS starting Sun Nov 16 8/7c**
**Learn more at bankofamerica.com/KenBurns**

SSM-04-25-0660B | 7977324

VISHAL BIRSINGH | Account  0878 | September 23, 2025 to October 23, 2025

## Deposits and other additions - continued

| Date | Description | | Amount |
|------|-------------|---|--------|
| 10/14/25 | SIGHTLINE_SUTTON DES:CardtoBank ID: INDN:VISHAL BIRSINGH PMT INFO:From Card To Bank Account | CO ID:5222524591 PPD | 2,000.00 |
| 10/15/25 | SIGHTLINE_SUTTON DES:CardtoBank ID: INDN:VISHAL BIRSINGH PMT INFO:From Card To Bank Account | CO ID:5222524591 PPD | 1,476.00 |
| **Total deposits and other additions** | | | **$36,123.60** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 09/23/25 | CHECKCARD 0921 WIND CREEK PLAY + LAS VEGAS    NV 24445005265500516211217 | -1.00 |
| 09/23/25 | CHECKCARD 0921 WIND CREEK PLAY + LAS VEGAS    NV 24445005265500516211399 | -20.00 |
| 09/23/25 | CHECKCARD 0922 BETMGM ONLINE 4233451561    NJ 24036295265714108544958 | -1,000.00 |
| 09/23/25 | CHECKCARD 0922 PNM*Mohegan Sun play.moheganpDE 24018225265000238751179 | -1,000.00 |
| 09/24/25 | PURCHASE 0922 CAESARS PA 855-4740606 NV | -100.00 |
| 09/25/25 | TRANSFER VISHAL BIRSINGH:VISHAL BIRSINGH Confirmation# 0281445947 | -12,500.00 |
| 09/25/25 | GIANT MARTINS 09/25 #000829330 PURCHASE GIANT MARTINS #65 STATE COLLEGE PA | -87.90 |
| 09/26/25 | CHECKCARD 0925 MCDONALD'S F3784 STATE COLLEGEPA 24427335268720222078797 | -9.52 |
| 09/29/25 | CHECKCARD 0927 DMI* DELL SALES & SERVI 800-624-9897 TX 24430995270493849133385 | -2,119.99 |
| 09/29/25 | CHECKCARD 0926 Capital One Card Pymt D 800-9557070 VA 24906415269239526546929 | -255.00 |
| 09/29/25 | WAL-MART #2230 09/28 #000269000 PURCHASE 373 BENNER PIKE    STATE COLLEGE PA | -160.14 |
| 09/29/25 | TRANSFER VISHAL BIRSINGH:VISHAL BIRSINGH Confirmation# 1514816735 | -15,000.00 |
| 09/30/25 | GIANT MARTINS 09/30 #000001200 PURCHASE GIANT MARTINS #65 STATE COLLEGE PA | -82.51 |
| 10/01/25 | CHECKCARD 0930 XFINITY MOBILE 888-936-4968 PA 24692165273108434876731 | -593.25 |
| 10/02/25 | CHECKCARD 1001 Capital One Card Pymt D 800-9557070 VA 24906415274239884737162 | -29.92 |
| 10/02/25 | CHECKCARD 1001 MCDONALD'S F3784 STATE COLLEGEPA 24427335274720222049626 | -13.13 |
| 10/02/25 | PSN*ASHWORTH WOO DES:RENT    ID:251037788741348 INDN:VISHAL BIRSINGH    CO ID:2391976510 WEB | -2,201.95 |
| 10/03/25 | CHECKCARD 1002 SP FLEET FEET STORE.FLEETFENC 24011345276100016700560 | -200.00 |
| 10/03/25 | CHECKCARD 1002 MCDONALD'S F3784 STATE COLLEGEPA 24427335275720222815314 | -9.00 |
| 10/10/25 | CHECKCARD 1009 QUANTVPS QUANTVPS.COM IL 24000775283100006733516 RECURRING | -59.99 |
| 10/14/25 | TRANSFER VISHAL BIRSINGH:VISHAL BIRSINGH Confirmation# 0545983788 | -1,950.00 |
| 10/17/25 | CHECKCARD 1016 Capital One Card Pymt D 800-9557070 VA 24906415289241050211843 | -13.66 |
| 10/17/25 | PSN*ASHWORTH WOO DES:RENT    ID:251050139138757 INDN:VISHAL BIRSINGH    CO ID:2391976510 WEB | -701.95 |
| 10/21/25 | CHECKCARD 1021 XFINITY MOBILE 888-936-4968 PA 24692165294108217733682 | -69.17 |
| 10/21/25 | CHECKCARD 1021 XFINITY MOBILE 888-936-4968 PA 24692165294108217734813 | -66.94 |
| 10/22/25 | BURKHOLDER'S C 10/22 #000482332 PURCHASE BURKHOLDER'S CO    SPRING MILLS PA | -25.70 |
| **Total withdrawals and other subtractions** | | **-$38,270.72** |

**BANK OF AMERICA** 

VISHAL BIRSINGH  |  Account #⬛⬛⬛⬛ 0878  |  September 23, 2025 to October 23, 2025

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| | | -30.00 |
| 09/24/25 | Stop Payment Fee | |

**Total service fees**      **-$30.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

This page intentionally left blank

 **BANK OF AMERICA**

Account number: ⬛⬛⬛⬛⬛0881

## Your Bank of America Advantage Savings

**VISHAL BIRSINGH**

## Account summary

| | |
|---|---:|
| Beginning balance on September 23, 2025 | $0.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Service fees | -0.00 |
| **Ending balance on October 23, 2025** | **$0.00** |

VISHAL BIRSINGH  |  Account # ██████ 0878  |  September 23, 2025 to October 23, 2025

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Announcing a new look and feel for our Deposit Agreement and Disclosures document.**

Starting November 14, 2025, you can visit bankofamerica.com/depositagreement to see the updates we have made to simplify the document. You can also request a copy at any financial center, or call us at the number on this statement.

This page intentionally left blank