# EXHIBIT E

| Description | Summary Amt. |
|---|---|
| | 0 |
| Beginning balance as of 08/22/2025 | 12,543.42 |
| Total credits | -9,675.65 |
| Total debits | 2,867.77 |
| Ending balance as of 09/22/2025 | |

| Date | Description | Amount | Running Bal. |
|---|---|---|---|
| | | | 0 |
| 8/22/2025 | Beginning balance as of 08/22/2025 | | |
| 8/26/2025 | Ace High Investm DES:ACH ID:755760 INDN:Vishal Birsingh CO ID:XXXXX573 | 25 | 25 |
| 9/2/2025 | Ace High Investm DES:ACH ID:759661 INDN:Vishal Birsingh CO ID:XXXXX573 | 1,115.00 | 1,140.00 |
| 9/2/2025 | BETMGM WOF-BOR DES:ViaTrustly ID:6WGGK8 INDN:VISHAL BIRSINGH CO | -10 | 1,130.00 |
| 9/3/2025 | BETMGM WOF-BOR DES:ViaTrustly ID:6WV7N0 INDN:VISHAL BIRSINGH CO I | -10 | 1,120.00 |
| 9/4/2025 | PA.BALLYBET.COM 09/02 PURCHASE PROVIDENCE RI | -100 | 1,020.00 |
| 9/4/2025 | BURGER KING #2367 09/03 PURCHASE https://prod. NJ | -15.33 | 1,004.67 |
| 9/4/2025 | BETMGM BORGATA.WHEEL 09/03 PURCHASE XXXXX85833 NJ | -990 | 14.67 |
| 9/4/2025 | BURGER KING #2367 09/03 PURCHASE https://prod. NJ | -12.44 | 2.23 |
| 9/9/2025 | Ace High Investm DES:ACH ID:763660 INDN:Vishal Birsingh CO ID:XXXXX573 | 100 | 102.23 |
| 9/11/2025 | Ace High Investm DES:ACH ID:764230 INDN:Vishal Birsingh CO ID:XXXXX573 | 2,420.00 | 2,522.23 |
| 9/11/2025 | MONOPOLY CASINO PA 09/09 PURCHASE PROVIDENCE RI | -100 | 2,422.23 |
| 9/11/2025 | CHECK ORDER00494 DES:FEE ID:2E808099 INDN:VISHAL BIRSINGH CO ID:XX | -27.88 | 2,394.35 |
| 9/11/2025 | ANY DES:ANY ID:XXXXX INDN:VISHAL BIRSINGH CO I | -1,000.00 | 1,394.35 |
| 9/12/2025 | FANDUELCASPRIMARY 09/11 PURCHASE XXXXX83015 NJ | -250 | 1,144.35 |
| 9/12/2025 | BETRIVERS PA 09/11 PURCHASE XXXXX51401 IL | 2,315.65 | 3,460.00 |
| 9/15/2025 | Ace High Investm DES:ACH ID:765092 INDN:Vishal Birsingh CO ID:XXXXX573 | -10 | 3,450.00 |
| 9/15/2025 | PA.BALLYBET.COM 09/17 PURCHASE PROVIDENCE RI | 1,000.00 | 4,450.00 |
| 9/16/2025 | Ace High Investm DES:ACH ID:766505 INDN:Vishal Birsingh CO ID:XXXXX573 | -250 | 4,200.00 |
| 9/16/2025 | CZR*TROPICANACASINO PA 09/15 PURCHASE LAS VEGAS NV | -500 | 3,700.00 |
| 9/16/2025 | ESPN BET ??? HWC 09/15 PURCHASE XXX-XX32121 PA | 2,790.00 | 6,490.00 |
| 9/17/2025 | BET365 PENNSYL 09/17 PMNT RCVD MARLTON NJ | 2,750.00 | 9,240.00 |
| 9/17/2025 | Golden Nugget 09/17 PMNT RCVD HOUSTON TX | -500 | 8,740.00 |
| 9/17/2025 | LIVE CASINO & HOTEL PH 09/15 PURCHASE XXX-XX25483 PA | -1,000.00 | 7,740.00 |
| 9/17/2025 | BET365 PENNSYLVANIA 09/15 PURCHASE XXX-XX48200 NJ | -1,000.00 | 6,740.00 |
| 9/17/2025 | GNOG*GoldNug XXXXX66744 09/16 PURCHASE HOUSTON TX | 15.33 | 6,755.33 |
| 9/18/2025 | Temporary Credit Adjustment on 09/18/25 Card # XXXXXXXXXX59076S Clair | 12.44 | 6,767.77 |
| 9/18/2025 | Temporary Credit Adjustment on 09/18/25 Card # XXXXXXXXXX59076S Clair | | |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 9/18/2025 | FANDUELCASPRIMARY 09/17 PURCHASE XXXXX83015 NJ | -25 | 6,742.77 |
| 9/18/2025 | Ace High Investm DES:ACH ID:767769 INDN:Vishal Birsingh CO ID:XXXXX573 | -1,215.00 | 5,527.77 |
| 9/19/2025 | DK*DRAFTKINGSRU87 09/18 PURCHASE XXXXX66744 MA | -1,000.00 | 4,527.77 |
| 9/19/2025 | StardustCasino.com PA 09/18 PURCHASE XXX-XX36444 CA | -100 | 4,427.77 |
| 9/22/2025 | MONOPOLY CASINO PA 09/18 PURCHASE PROVIDENCE RI | -10 | 4,417.77 |
| 9/22/2025 | CAESARS PA 09/19 PURCHASE XXX-XX40606 NV | -1,000.00 | 3,417.77 |
| 9/22/2025 | FANDUELCASPRIMARY 09/19 PURCHASE XXXXX83015 NJ | -25 | 3,392.77 |
| 9/22/2025 | LIVE CASINO & HOTEL PH 09/19 PURCHASE XXX-XX25483 PA | -125 | 3,267.77 |
| 9/22/2025 | WINDCREEK-PA-ONLINE 09/19 PURCHASE XXX-XX63360 PA | -400 | 2,867.77 |

| Date | State | Website | Games Played | Profit |
|------|-------|---------|--------------|--------|
| 2025-09-01T08:40:52.56 | PA | Borgata Casino [NJ] | Turn Your Fortune | -1010 |
| 2025-09-01T08:52:35.577 | PA | Bally Bet Sportsbook and Casino | First Person Roulette | -100 |
| 2025-09-01T08:57:40.07 | PA | Monopoly Casino | First Person Roulette | -100 |
| 2025-09-11T17:57:10.83 | PA | FanDuel Casino | European Roulette, French Roulette | -1000 |
| 2025-09-11T18:11:29.07 | PA | BetRivers [PA] | Butterfly Staxx | -250 |
| 2025-09-12T10:49:38.55 | PA | Bally Bet Sportsbook and Casino | First Person Roulette | -10 |
| 2025-09-15T10:24:53.757 | PA | Tropicana Casino [PA] | Bruce Lee | -250 |
| 2025-09-15T19:59:52.413 | PA | Bet365 Casino | Gorilla Kingdom | 1790 |
| 2025-09-15T21:57:02.793 | PA | ESPN Bet | Roulette Classic | -500 |
| 2025-09-15T22:10:05.84 | PA | Golden Nugget Casino | Double Stacks, Turn Your Fortune | 1750 |
| 2025-09-16T09:54:01.833 | PA | Play Live! Casino | Motorhead | -500 |
| 2025-09-17T09:50:58.147 | PA | FanDuel Casino | European Roulette | -25 |
| 2025-09-17T16:46:40.523 | PA | BetMGM Casino | Double Stacks | -1000 |
| 2025-09-18T11:06:20.783 | PA | DraftKings Casino | DraftKings European Roulette, First Person Roulette | -1000 |
| 2025-09-18T12:32:26.66 | PA | Stardust Casino | Wild Bazaar | -100 |
| 2025-09-18T23:17:51.917 | PA | Monopoly Casino | First Person Roulette | -10 |
| 2025-09-19T11:11:58.377 | PA | Caesars Palace [PA] | Mighty Black Knight | -1000 |
| 2025-09-19T11:20:37.003 | PA | FanDuel Casino | French Roulette | -25 |
| 2025-09-19T11:27:29.947 | PA | Play Live! Casino | Asgardian Stones | -125 |
| 2025-09-19T14:50:30.013 | PA | Wind Creek | Dazzle Me | 3060 |
| 2025-09-22T13:28:23.877 | PA | Caesars Palace [PA] | European Roulette, Starburst | 2246 |
| 2025-09-22T19:19:54.013 | PA | Mohegan PA Casino | Narcos | 29300 |