# EXHIBIT F

 Outlook

**Little Wheel: Application Accepted**

From GAS Support <support@littlewheel.com>
Date Thu 8/14/2025 2:36 PM
To vbirsingh@hotmail.com <vbirsingh@hotmail.com>



Hi Vishal,

On August 14 you applied to Little Wheel via littlewheel.com.

We are happy to let you know that your application has been accepted.

To view full details of the role and an opportunity to speak with us, click the View Role Details below:

View Role Details

We look forward to speaking soon.

Thanks,

Team Little Wheel

**Need help?**

Chat to us | Email us

littlewheel.com | Terms of Use | Privacy Policy

 Outlook

## Continue your Little Wheel Application

From GAS Support <support@littlewheel.com>
Date Thu 8/14/2025 4:30 PM
To vbirsingh@hotmail.com <vbirsingh@hotmail.com>



Hi Vishal,

Click here to continue your application to Little Wheel:

Log In

OR

Enter this verification code: **334427**

Trouble logging in? Paste the URL into your browser:

https://app.littlewheel.com/login/link?

token=SywCQC0tBrJP2EL%2bfsI6cvH4DyHBmFJ%2b4C%2f3XQgk7bE%3d

Didn't make this request? You can safely ignore and delete this email.

### Need help?

Chat to us | Email us

littlewheel.com | Terms of Use | Privacy Policy

 Outlook

## Re: Hi Vishal, Our funding payment to you has failed due to incorrect b...

From  Matthew from Little Wheel <support@littlewheel.com>
Date  Mon 8/25/2025 4:12 PM
To    vbirsingh@hotmail.com <vbirsingh@hotmail.com>

Hi! There's a new reply to your conversation from Matthew at Little Wheel. Please click on this link to view their reply:

**View reply.**

Please note that you might need to log in.

 Outlook

## Re: Hey there ? I'm Vishal , I'm onboarding .

From  Andrea from Little Wheel <support@littlewheel.com>
Date  Fri 8/29/2025 3:01 PM
To    vbirsingh@hotmail.com <vbirsingh@hotmail.com>

Hi! There's a new reply to your conversation from Andrea at Little Wheel. Please click on this link to view their reply:
**View reply.**
Please note that you might need to log in.

 Outlook

## Confirmed: Onboarding Verify Personal Details

From Little Wheel Onboarding Team <OnboardingScheduling@littlewheel.com>
Date Fri 8/29/2025 3:14 PM
To vbirsingh@hotmail.com <vbirsingh@hotmail.com>

1 attachment (4 KB)
booking.ics;

 Little Wheel Onboarding Team
(833) 313-7490
https://littlewheel.com/

Hi Vishal
## Your Booking is confirmed.

### Bookings details

Service Name
**Onboarding Verify Personal Details**

With
**Jack Etherington**

When
**Monday, September 1, 2025**
**7:30 AM - 7:45 AM**
(UTC-05:00) Eastern Time (US & Canada)

Location
**Online**



## Additional Information

Your Onboarding Compliance Meeting is scheduled. During the call, we will ask you to log in to the Casino you registered at during Practical Training on your computer.

We will navigate to the Personal Details page on the website. The steps can be found here: Verifying Personal Details at the Casino.

**Please ensure you can log into the casino without issues before the call.**

When we start the call, you can ask any questions, and we will let you know when we start recording.

The meeting must be completed on a computer/laptop, and you must share your screen.

You can reschedule your meeting using the link in this email. If you are late for our scheduled meeting time, we will wait for 5 minutes before disconnecting and requesting a reschedule.

Little Wheel Onboarding Team
Terms and Conditions | Privacy Statement

### Powered by Microsoft Bookings

A simpler way to organize schedules and manage appointments.



 Outlook

## Reminder: Onboarding Verify Personal Details - Vishal

From Little Wheel Onboarding Team <OnboardingScheduling@littlewheel.com>
Date Sun 8/31/2025 7:30 AM
To   Vishal <vbirsingh@hotmail.com>

  Little Wheel Onboarding Team
(833) 313-7490
https://littlewheel.com/

Hi Vishal,

## You have an upcoming booking.



### Appointment reminder

Your Onboarding Compliance Meeting is scheduled for tomorrow. During the call, we will ask you to log in to the Casino you registered at during Practical Training on your computer.

We will navigate to the Personal Details page on the website. The steps can be found here: Verifying Personal Details at the Casino.

**Please ensure you can log into the casino without issues before the call.**

When we start the call, you can ask any questions, and we will let you know when we start recording.

The meeting must be completed on a computer/laptop, and you must share your screen.

You can reschedule your meeting using the link in this email. If you are late for our scheduled meeting time, we will wait for 5 minutes before disconnecting and requesting a reschedule.

## Booking details

Service Name
**Onboarding Verify Personal Details - Vishal**

With
**Jack Etherington**

When
**Monday, September 1, 2025**
**7:30 AM - 7:45 AM**
(UTC-05:00) Eastern Time (US & Canada)

Location
**Online**

[ Join your appointment ]

## Additional Information

Your Onboarding Compliance Meeting is scheduled. During the call, we will ask you to log in to the Casino you registered at during Practical Training on your computer.

We will navigate to the Personal Details page on the website. The steps can be found here: Verifying Personal Details at the Casino.

**Please ensure you can log into the casino without issues before the call.**

When we start the call, you can ask any questions, and we will let you know when we start recording.

The meeting must be completed on a computer/laptop, and you must share your screen.

You can reschedule your meeting using the link in this email. If you are late for our scheduled meeting time, we will wait for 5 minutes before disconnecting and requesting a reschedule.

Little Wheel Onboarding Team
Terms and Conditions | Privacy Policy

Powered by Microsoft Bookings

A simpler way to organize schedules and manage appointments.



12/2/25, 8:40 AM                                                                 Gmail - Log in to GAS

 **Gmail**                                                    Vishal Birsingh <vectorsbrava@gmail.com>

## Log in to GAS
1 message

**GAS Support** <support@littlewheel.com>                                         Fri, Aug 15, 2025 at 10:09 AM
To: vectorsbrava@gmail.com



Hi Vishal,

Click here to log into your account:

Log In

OR

Enter this verification code: **686000**

Trouble logging in? Paste the URL into your browser: https://app.littlewheel.com/login/link?

token=1yHQTm6B8d%2fHB8DAoR9uq%2bls4YK0jmYCT7aiNtseKQI%3d&

remotePath=%2f

Didn't make this request? You can safely ignore and delete this email.

### Need help?

Chat to us  |  Email us

littlewheel.com | Terms of Use | Privacy Policy