# EXHIBIT G

**MARYLAND** CIRCUIT COURT FOR <u>Montgomery County</u> _____, MARYLAND

Located at <u>50 Maryland Avenue, Rockville, MD 20850</u>    Case No. <u>C-15-CV-25-006191</u>

<u>Ace High Investments, LLP</u>    vs.    <u>Vishal Birsingh</u>
Plaintiff                                    Defendant
<u>255a Hoxton Street</u>              <u>837 Ashworth Lane</u>
Address                                      Address
<u>London, UK, N1 5LG</u>          <u>Boalsburg, PA 16827</u>
City, State, Zip        Telephone         City, State, Zip        Telephone

## AFFIDAVIT OF SERVICE
### (Hand Delivery/Private Process)
### (Md. Rule 2-121)

**NOTE:** This form provides proof to the court that copies of documents filed in the above case by one party have been provided to the other party. Complete this form if one of the individuals listed above has asked you to hand deliver, or serve, documents to the other person in this case. Deliver, or serve, the ORIGINAL court-issued summons and the document(s) to the person indicated. <u>Attach a copy of the summons to this notice</u> before submitting this notice to the court.

I certify that I served <u>Vishal Birsingh</u> _____. I served them at <u>1:17</u> ☐ a.m. ☒ p.m.
                              Name of person served                              Time
on <u>11/18/2025</u> at <u>837 Ashworth Lane</u> _____. I served them with a copy of the
    Date              Address
documents checked below, which were previously filed with the court.

**Check <u>all</u> that apply:**

☒ Writ of Summons <u>11/13/2025</u> _____
                        Issue date of the summons for the complaint/petition/motion listed below.

☒ Complaint/Petition/Motion <u>Complaint</u> _____
                                    Name of complaint/petition/motion

☐ Domestic Case Information Report (form CC-DCM-001)

☐ Financial Statement

☐ Show Cause Order and Petition _____
                                            Type of petition

☒ Other (list of all other documents served):
    <u>Civil - Non-Domestic Info. Rpt.; Scheduling Order, blank Civil-Non-Dom. Case Info. Rpt</u>

I completed the delivery, or service, in the following manner *(select one)*:

☒ I personally handed the documents to the ☐ plaintiff ☒ defendant, whose name is
    <u>Vishal Birsingh</u> _____.

☐ I left the papers with _____, who lives at the above-listed
    address and is of suitable age and discretion and whose relationship to the person served is

The above-listed address is the ☐ plaintiff's ☒ defendant's residence or usual place of abode.

**Description of person served:** Race <u>Asian</u> Sex <u>Male</u> Height <u>5'8"</u> Weight <u>180</u> Age <u>51</u>

I certify that I am at least 18 years old and I am NOT the plaintiff or the defendant.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

<u>Tuesday November 18, 2025</u>                    _Mark A. Phillips_
            Date                                          Signature

<u>Mark A. Phillips</u>                              <u>(570) 337-5368</u>
    Printed Name                                      Telephone Number
<u>2023 Carlton Terrace, Lot 14</u>
    Address                                              Fax
<u>Williamsport, PA. 17701</u>            <u>constablemarkaphillips@gmail.com</u>
    City, State, Zip                                      E-mail

**CC-DR-055** (Rev. 04/2021)

E-SERVED Montgomery Circuit Court 11/13/2025 9:40 AM System SystemEnvelope:23801438



CIRCUIT COURT FOR MONTGOMERY COUNTY,
MARYLAND
50 Maryland Avenue
Rockville, Maryland 20850

E-FILED: Montgomery Circuit Court
Docket: 11/13/2025 9:40 AM; Submission: 11/13/2025 9:40 AM
Envelope: 23801438

**To:**  VISHAL BIRSINGH
837 ASHWORTH LANE
BOALSBURG, PA 16827

**Case Number:**    C-15-CV-25-006191

**Other Reference Number(s):**

**ACE HIGH INVESTMENTS, LLP VS. VISHAL BIRSINGH**

Issue Date: 11/13/2025
Expiration Date: 01/12/2026

## WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a <u>written</u> response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Ace High Investments, LLP
255a Hoxton Street
London, United Kingdom N1 5LG
United Kingdom

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1.  Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2.  If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3.  If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at <u>www.barmont.org</u> or by calling (301) 279-9100.

*Karen A Bushell*
Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1.  This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the moving party must send a written request to have it renewed.
2.  Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
3.  Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4.  If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 25th day of November, 2025, a copy of the foregoing

Affidavit of Service was filed via the Court's MDEC system on all counsel of record in this

matter who are registered MDEC users in this matter and mailed by first class mail to:

> Vishal Birsingh
> 837 Ashworth Lane
> Boalsburg, PA  16827

Dated: November 25, 2025

_/s/ Henry A. Andrews_
Henry A. Andrews (AIS #1512150016)
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
(410) 752-6030
(410) 539-1269
handrews@kg-law.com

*Counsel for Plaintiff Ace High
Investments, LLP*