# EXHIBIT H

 Gmail

Vishal Birsingh <vectorsbrava@gmail.com>

## Order for Immediate Cessation, and Full Disclosure

1 message

**Vishal Birsingh** <vectorsbrava@gmail.com>  Tue, Sep 23, 2025 at 7:47 PM
To: jack@littlewheel.com

To the Chief Executive Officer of Little Wheel,

This correspondence, issued at 7:41 PM EDT on September 23, 2025, serves as a formal demand to address significant misrepresentations and financial misconduct under your oversight. The undersigned requires immediate clarification and restitution within five (5) days, by no later than 7:41 PM EDT on September 28, 2025, failing which legal and regulatory proceedings will commence. The following findings are substantiated by documented evidence, including bank statements, transaction logs, and correspondence.

Misrepresentation of Employment Purpose: The agreement, presented as a "casino game testing" position involving betting with provided funds and result documentation, has been exposed as a scheme to exploit new player bonuses across sixteen (16) Pennsylvania online casinos. This omission, made in bad faith, has resulted in the permanent disqualification of the undersigned from eligibility for new player bonuses, a critical fact withheld.

False Tax Representation: You asserted that tax obligations would be limited to earnings directly received from Little Wheel, a statement in direct contradiction to Internal Revenue Service regulations, which require reporting all gambling winnings as taxable income under IRC Section 61. This misrepresentation exposes the undersigned to potential tax liabilities and penalties, constituting deceptive inducement.
Breach of Promised Timeline: The initial representation stipulated a duration of one (1) to two (2) weeks for task completion, commencing approximately August 22, 2025. The engagement has extended beyond five (5) weeks without resolution, including the non-payment of $431.10 in accrued earnings, evidencing intentional delay.

Unauthorized Access and Financial Overreach: The undersigned was compelled to provide sensitive personal information—Social Security Number, driver's license, utility bill, and account details for a new Bank of America and PayPal account. While it is acknowledged that Little Wheel is entitled to recover funds invested (e.g., $12,543.42 in ACH credits per Bank of America records), they have already exceeded this amount through unauthorized withdrawals approximating $17,000 (including a $10,000 wire transfer and $7,000+ via ACH, with $1,215 logged on September 18, 2025, and $4,265 in "funds returned") and owe an additional $4,000 (10% share of $31,141 in winnings), totaling a net claim of $21,000.

Orders and Demands:

Immediate Cessation: All activities involving the undersigned's accounts shall cease immediately. Written confirmation of this cessation, including termination of all access and withdrawal attempts, is required.
Full Disclosure: Provide a detailed written explanation of the aforementioned misrepresentations—employment purpose, bonus ineligibility, tax obligations, and timeline—within the stipulated period.

Data Deletion: Delete all personal data provided (Social Security Number, driver's license, bank details, PayPal information, utility bill) in compliance with the California Consumer Privacy Act and General Data Protection Regulation, with written confirmation of deletion.

Tax Liability Mitigation: Compensate for any tax liabilities or penalties arising from your false tax advice, pending professional assessment.

Consequences of Non-Compliance: Failure to comply by 7:41 PM EDT on September 28, 2025, will result in the following actions:

Filing of complaints with the Federal Trade Commission, Federal Bureau of Investigation Internet Crime Complaint Center, Pennsylvania Gaming Control Board, New Jersey Division of Gaming Enforcement, Internal Revenue Service, and United Kingdom Gambling Commission, citing violations including wire fraud (18 U.S.C. § 1343), bank fraud (18 U.S.C. § 1344), identity theft (18 U.S.C. § 1028), and illegal bonus exploitation.
Initiation of civil litigation for fraud, Racketeer Influenced and Corrupt Organizations Act violations, and punitive damages, supported by evidence including a Bank of America statement reflecting $12,543.42 in credits and $9,675.65 in debits, gambling logs documenting $31,141 in winnings, earnings logs showing $431.10 unpaid, and corroborating screenshots. A class action may be pursued with other affected parties.

12/3/25, 1:26 PM
Case 4:25-cv-02317-SAC    Document 1-14    Filed 12/04/25    Page 3 of 3
Gmail - Order for Immediate Cessation, and Full Disclosure

Public disclosure of these findings via online platforms, potentially impacting your organization's reputation, given its Trustpilot score of 49.8/100.

Attached evidence supports these claims. Compliance is mandated to avert further legal and financial consequences.
Respectfully submitted,
Vishal Birsingh
vectorsbrava@gmail.com

CC: Legal Counsel