# EXHIBIT I



Little Wheel is a gambling technology company, researching and building products to put players first. You can read more about our work on our homepage.

We are hiring Website Testers at all of our offices across North America. Hear from our Founder & CEO, Jack for more details and apply below.



Apply now and earn at least $1,000 for around 20 hours of testing:

- It's an easy and fun way to earn extra cash around your own schedule.
- You will be helping us test online casinos in the states we operate in: Michigan, New Jersey, Ontario, Pennsylvania, and West Virginia.

- You will not be gambling with your own money, and you do not need any experience.

- You'll complete an online training program before starting to ensure you have the right skills for the role.

What's in it for you:

- Easy money - you will earn at least $1,000 for around 20 hours of testing.

- Work from home - earn from the comfort of your own home.

- Flexible schedule - you can choose when you work, day or night.

- Paid quickly - the testing is split into 4 stages and you get paid after each.

- Great support - our research coordinators are available from 6am to 11pm.

What you need to get started:

- Be at least 21 years old (US) or 19 years old (Ontario).

- Live in Michigan, New Jersey, Pennsylvania, or West Virginia.

- Have a Social Security Number (US Only). This is a regulatory requirement to gamble online and is not provided to us.

- Have your own laptop or desktop.

**Apply Now.**