# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VISHAL BIRSINGH, | : | NO. 4:25-CV-02317 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| LITTLE WHEEL, LLC, *et. al.* | : | |
| Defendants. | : | |

## <u>ORDER</u>

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1)   Defendants Vartan, Andrews, and Little Wheel's motions to dismiss (docs. 15, 28, 33) are **GRANTED** in their entirety; and

(2)   Plaintiff's claims against Defendants Vartan, Andrews, and Little Wheel are **DISMISSED WITH PREJUDICE**.

(3)   The Clerk of Court is directed to terminate Defendants Lee David Vartan, Henry A. Andrews, and Little Wheel, LLC.

Date: July 10, 2026

s/ *Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge

Page 1 of 1